IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEROME S. TANNENBAUM and<br>DEBORAH M. TANNENBAUM, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:11-cv-01077 |
| v. | ) ) ) | Judge Nixon<br>Magistrate Judge Griffin |
| FEDERAL INSURANCE COMPANY, | ) ) | JURY DEMAND |
| Defendant. | ) ) | |

## ORDER

Pending before the Court are Defendant Federal Insurance Company's Motion in Limine to Exclude Testimony by Plaintiffs' Expert, Charles W. Howarth (Doc. No. 88); Motion in Limine to Exclude Testimony on Cause of Loss by Plaintiffs' Experts, Plaintiffs and Jorge Soudy (Doc. No. 90); and Motion in Limine to Exclude All References to the Cost of Stabilizing the Hill Above Plaintiffs' Home (Doc. No. 92) ("Motions"). Defendant requests, among other things, that the Court exclude testimony of certain expert witnesses of Plaintiff—Charles Howarth, Robert Stickney, Rao Patri, and Sterling Earhart—based in part on such experts alleged lack of reliability or qualification under *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579 (1993). (Doc. Nos. 88; 90; 92.) Plaintiffs have filed a Response opposing the Motions (Doc. No. 100) and a witness list for trial that includes Howarth, Stickney, Patri, and Earhart (Doc. No. 120). Accordingly, the Court **SCHEDULES** a *Daubert* hearing for **Wednesday, October 16, 2013, at 10:00 a.m.**

It is so ORDERED.

Entered this the ___11th___ day of October, 2013.


JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT